**IN THE COURT OF APPEALS OF IOWA**

No. 13-1752
Filed December 24, 2014


IN RE THE MARRIAGE OF JENNIFER M. MACKEY
AND BARRY J. MACKEY

Upon the Petition of
JENNIFER M. MACKEY,
        Petitioner-Appellant,

And Concerning
BARRY J. MACKEY,
        Respondent-Appellee.
_____


        Appeal from the Iowa District Court for Fayette County, Richard D. Stochl,

Judge.


        The petitioner appeals the parties' dissolution decree.  **AFFIRMED.**


        Roger L. Sutton of Sutton Law Office, Charles City, for appellant.

        Luke D. Guthrie of Roberts, Stevens, Prendergast & Guthrie, P.L.L.C.,

Waterloo, for appellee.


        Considered by Vogel, P.J., and Vaitheswaran and Potterfield, JJ.

**VOGEL, P.J.**

On appeal, Jennifer Mackey challenges the district court decision finding her in contempt of orders in the parties' dissolution proceedings. However, on January 31, 2014, Jennifer's petition for writ of certiorari and request for a stay of the sentencing portion of the finding of contempt was denied by our supreme court. On March 13, 2014, the supreme court ruled Jennifer may not challenge in this appeal the district court decision finding her in contempt, but only raise issues regarding the dissolution decree. She persists in only challenging the entry of the contempt orders and has not raised any issues concerning the parties' dissolution decree. She has therefore waived those issues on appeal. *See* Iowa R. App. P. 6.903(2)(g)(3). Because no issues with respect to the dissolution decree have been raised, we affirm the dissolution decree in this memorandum opinion. *See* Iowa Ct. R. 21.26(1)(e).

We conclude each party should pay his or her own appellate attorney fees. Costs of this appeal are assessed to Jennifer.

**AFFIRMED.**